1  JAN P. WEIR, STATE BAR NO. 106652
   jweir@sycr.com
2  KATHRINE J. WEIR, STATE BAR NO. 262740
   kweir@sycr.com
3  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
4  Newport Beach, CA  92660-6422
   Telephone:(949) 725-4000
5
6  Attorneys for Defendants/Cross-Claimants
   MADISON HILDEBRAND ET. AL.
7  STEVEN H. SCHWARTZ, ESQ., SBN 94637
   sschwartz@sj-law.com
8  SCHWARTZ & JANZEN, LLP
   12100 Wilshire Boulevard, Suite 1125
9  Los Angeles, CA 90025-7117
   Telephone: (310) 979-4090
10
11 Attorneys for Cross-Defendant, ETPC, LLC

12              UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  HARRY M. FOX, doing business as HARRY MICHAEL FOX ARCHITECT, | Case No. CV09-2085 DMG (VBKx) |
| 16             Plaintiff, | **ORDER RE DISMISSAL OF CROSS-CLAIM** |
| 17      vs. | **[JS-6]** |
| 18  MADISON HILDEBRAND et al. | |
| 19             Defendants. | |
| 20  AND RELATED CROSS CLAIMS | |

STRADLING YOCCA
CARLSON & RAUTH
   LAWYERS
 NEWPORT BEACH

DOCSOC/1409556v1/016751-0018

DOCSOC/1422462v1/016751-0017

1  Pursuant to the Parties' Stipulation of Dismissal Without Prejudice, and
2  good cause appearing, it is hereby **ORDERED**:
3  The claim for indemnification by Defendants/Cross-Claimants Coldwell
4  Banker Real Estate, LLC, Coldwell Banker Residential Brokerage Co., Madison
5  Hildebrand, and Ron De Salvo ("Cross-Claimants") against Cross-Defendnat
6  ETPC, LLC shall be dismissed without prejudice and without cost to any of the
7  parties pursuant to Fed. R. Civ. P. 41.
8  IT IS SO ORDERED.

10  Dated:   August 3, 2010         _____
11                                   Dolly M. Gee
                                     United States District Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

DOCSOC/1409556v1/016751-0018

DOCSOC/1422462v1/016751-0017